JOSEPH REINFELD, respondent,

*v.*

FIDELITY UNION TRUST COMPANY, as trustee, &c., appellant.

[Decided April 21st, 1939.]

*Messrs. Schotland, Harrison & Schotland, Messrs. Cohen & Klein* and *Mr. David N. Popik,* for the respondent.

*Messrs. Hood, Lafferty & Campbell (Mr. Charles Danzig,* of counsel), for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Bigelow and reported in *123 N. J. Eq. 428.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 12.

*For reversal*—HEHER, J. 1.